**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1018**

_____

DAVID J. LAUX; TARA K. LAUX, a/k/a Tara K. Long,

        Plaintiffs – Appellants,

        v.

BOARD OF SUPERVISORS OF FAIRFAX COUNTY, VIRGINIA; JAMES W.
PATTERSON, Director, Fairfax County Department of Public
Works and Environmental Services,

        Defendants – Appellees,

        and

THE COMMONWEALTH OF VIRGINIA,

        Defendant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema,
District Judge. (1:15-cv-01334-LMB-MSN)

_____

Submitted: June 2, 2016        Decided: June 10, 2016

_____

Before KING, SHEDD, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David J. Laux, Tara K. Laux, Appellants Pro Se. David P.
Bobzien, County Attorney, Cynthia A. Bailey Deputy County
Attorney, Christopher A. Costa, Sara G. Silverman, Assistant

County Attorneys, FAIRFAX COUNTY ATTORNEY'S OFFICE, Fairfax, Virginia, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David J. Laux and Tara K. Laux appeal the district court's order granting defendants' motion to dismiss their 42 U.S.C. § 1983 (2012) complaint without prejudice. We have reviewed the record and the contentions on appeal and find no reversible error. Accordingly, we affirm the district court's order. Laux v. Bd. Of Supervisors of Fairfax Cty. Va., No. 1:15-cv-01334-LMB-MSN (E.D. Va. Dec. 11, 2015); see Rooker v. Fid. Trust Co., 263 U.S. 413 (1923); Dist. of Columbia Ct. of App. v. Feldman, 460 U.S. 462 (1983). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED